Stephen G. Frye (CSBN 196728)
LAW OFFICE OF STEPHEN G. FRYE
800 West Sixth Street, Suite 450
Los Angeles, California 90017
Telephone: 213-417-3678
Fax:  213-622-2989
Email:  sgf@sgfryelaw.com

Attorney for EDWIN FRANKLIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | ) CR 15-407-TJH-4 |
| Plaintiff. | ) **ORDER MODIFYING TERMS OF** ) **SUPERVISED RELEASE [87]** |
| vs. | ) |
| **EDWIN FRANKLIN,** | ) |
| Defendant. | ) |

**ORDER**

Upon Application of Defendant Edwin Franklin to modify the conditions of his bond to allow him to reside as approved by pretrial services, the government having objected thereto, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that the conditions of Mr. Franklin's bond are hereby modified to permit him to reside as approved by pretrial services.

Dated: February 22, 2016   _____
                           Hon. TERRY J. HATTER, JR.
                           United States District Judge

CC: PTS, USPO